UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-1766<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Dorothy Sanders,<br>            Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>           Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

Come now the Plaintiff, DOROTHY SANDERS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

```
1    DATED: June 22, 2007        KENNETH B. MOLL & ASSOCIATES
2
                                  By: /s/ Kenneth B. Moll
3                                 Kenneth B. Moll
                                  Attorneys for Plaintiff, DOROTHY SANDERS
4

5    DATED: June __, 2007         GORDON & REES
6
                                  By: /s/ Stuart M. Gordon
7                                 Stuart M. Gordon
                                  Attorneys for Defendants
8
```

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 7/9/2007            /s/ Charles R. Breyer
                           Hon. Charles R. Breyer
                           United States District Court