Pamela G. Sotoodeh
pgs@thelawgroupltd.com
Kurt D. Hyzy
kdh@thelawgroupltd.com
THE LAW GROUP, LTD.
Three First National Plaza, 50th Floor
Chicago, Illinois 60605
Telephone: (312) 558-6444
Facsimile: (312) 558-1112
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-1766 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Dorothy Sanders,<br><br>               Plaintiff,<br>     vs.<br>Pfizer, Inc., et al.<br>               Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

      Come now the Plaintiff, (DOROTHY SANDERS), and Defendants, Pfizer, Inc. et al, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: April 28, 2009 | THE LAW GROUP, LTD. |
| 2 | | |
| 3 | | By: /s/ Pamela Sotoodeh |
| 4 | | Pamela G. Sotoodeh, #6284622 |
| 5 | | Kurt D. Hyzy, #6196871 |
|   | | THE LAW GROUP, LTD. |
| 6 | | Three First National Plaza |
|   | | 50th Floor |
| 7 | | Chicago, Illinois 60602 |
|   | | Tel: 312.558.6444 |
| 8 | | Fax: 312.558.1112 |
| 9 | | *Attorneys for Plaintiff* |
| 10 | | |
|   | Dated: June 16, 2009 | **GORDON & REES** |
| 11 | | |
| 12 | | /s/ |
| 13 | | Stuart M. Gordon, Esq. |
|   | | Embarcadero Center West |
| 14 | | 275 Battery Street 20th Floor |
|   | | San Francisco, California 94111 |
| 15 | | Tel: 415.986.5900 |
|   | | Fax: 415.986.8054 |
| 16 | | |
| 17 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 17, 2009

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE